# VARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>DESALINES BATTLE **SEALED** | DOCKET NO: 08 - 094 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Desalines Battle | |
| DOB:       PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:   INDICTMENT | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE;

UNLAWFUL DISTRIBUTION OF COCAINE

**FILED**

APR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(A)(iii); and 21:841(a)(1) and 841(b)(1)(C)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>U.S. MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>4/8/08 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: *[signature]* | DATE:<br>4/08/08 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 10 April 2008 | NAME AND TITLE OF ARRESTING OFFICER Reporting | SIGNATURE OF ARRESTING OFFICER Reporting |
|---|---|---|
| DATE EXECUTED 10 April 2008 | DUSM Robert C. Byars | *[signature]* Robert C. Byars |
| HIDTA CASE:   Yes    No  X | | OCDETF CASE:   Yes    No  X |

1474318