UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT

| UNITED STATES OF AMERICA | : | Criminal No. 08-094 |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| DESALINES BATTLE | : | |

### UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Now comes the Defendant, Desalines Battle, through undersigned counsel, seeking an unopposed motion to continue the status hearing now set for Wednesday, May 28, 2008, at 3:00 pm. for good cause and in the interest of justice:

1. Government counsel Anthony Scarpelli had a case rescheduled today to begin on May 28, 2008, and would not be able to attend the hearing and does not oppose a continuance of the hearing.

2. Defense counsel did not have the opportunity to review the government video evidence in the prosecutor's office until this past Wednesday because counsel was picking a jury in federal court in Baltimore in front of Chief Judge Legg for a trial to begin June 9, 2008.

3. Review of the government's video was a perquisite to the defense motions in the preparation stage.

4. Government and defense counsel are available to reschedule the status Hearing, if the court is available, anytime on Tuesday, June 3, 2008, Thursday June 4, 2008, or Friday June 5, 2008.

Respectfully submitted,

_____
Kevin McCants
Bar # 493979
601 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
202-742-6540
202-330-5155 (fax)