UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 08-94 (RJL) |
| | : | |
| **DESALINES BATTLE,** | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION TO CONTINUE STATUS HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the status hearing in this matter, now scheduled for June 18, 2008, at 2:00 p.m., be continued, and that the Court reset the status hearing any day the week of June 23, 2008, or later. As grounds for this request, the United States sets forth the following:

1. On or about May 16, 2008, the Court set this matter for a status hearing on May 28, 2008. The Court continued this matter, and on June 11, 2008, set this matter for a status hearing on June 18, 2008, at 2:00 p.m.

2. The undersigned will be out of the jurisdiction commencing June 18, 2008, at 11:00 a.m., and will be unavailable until June 23, 2008. The absence from the jurisdiction is due to a pre-paid, personal trip, which was planned back in April of 2008.

3. The undersigned contacted defense counsel to determine if the defendant would consent to the continuance, the defendant would not consent to the government's request.

**WHEREFORE,** the United States respectfully requests that the Court continue the status

hearing.

.

                                           Respectfully submitted,

                                           JEFFREY A. TAYLOR
                                         UNITED STATES ATTORNEY


                        BY: _____
                                         ANTHONY SCARPELLI
                                         Assistant United States Attorney

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 08-94 (RJL)** |
| | : | |
| **DESALINES BATTLE,** | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the Government's Motion To Continue Status Hearing, it is hereby

ORDERED that the Motion is hereby GRANTED, and, it is further

ORDERED that the June 18, 2008 status hearing is vacated.  The new status hearing date is

_____.


 

_____
RICHARD J. LEON
United States District Judge

Copies to:

Anthony Scarpelli
Assistant United States Attorney
555 4th Street, N.W., Room 4816
Washington D.C. 20530

Kevin McCants, Esquire
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004